NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

YOUTH JUSTICE COALITION, a non-profit organization; PETER ARELLANO and JOSE REZA, individuals, for themselves and on behalf of a class of similarly-situated individuals,

*Plaintiffs*,

vs.

CITY OF LOS ANGELES, et al.,

*Defendants*.

Case No.: 2:16-cv-07932-VAP-RAO

Complaint Filed: October 25, 2016

**ORDER RE: PARTIES' STIPULATED PROTECTIVE ORDER**

WHEREAS the Court has considered the Joint Stipulation regarding the Protective Order and the Parties Stipulated Protective Order filed on October 19, 2017, by (a) Plaintiffs Youth Justice Coalition, and Peter Arellano and Jose Reza, for themselves and on behalf of a class of similarly-situated individuals, and (b) Defendant City of Los Angeles, (collectively "Parties");

WHEREAS the Parties have conferred and agreed to enter into a Stipulated Protective Order to protect the confidentiality of documents and information that may be produced during the course of this matter, and to facilitate the production of such documents and information;

WHEREAS the Parties have conferred and agreed that the Stipulated Protective Order sets forth the conditions under which confidential documents and information in possession of the Parties must be exchanged, used, and protected in this litigation;

WHEREAS the Court finds good cause to enter the Stipulated Protective Order, because investigation and discovery activity in this action are likely to involve the production of confidential, proprietary, or private information for which special protections from public disclosure and from use for any purpose other than prosecuting or defending this litigation or any related appellate proceeding;

Based on the above-referenced facts, representations, and promises, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Protective Order is approved and effective as of the date of execution of this Order, *with the exception that the Court strikes the last sentence in Paragraph 8.*

IT IS SO ORDERED.

DATED: October 23, 2017

ROZELLA A. OLIVER
United States Magistrate Judge