PETER BIBRING (SBN 223981)
pbibring@aclusocal.org
MELANIE P. OCHOA (SBN 284342)
mpochoa@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone:  (213) 977-9500
Facsimile:   (213) 977-5299

*Counsel for Plaintiffs*
(Additional Counsel for Plaintiffs on Following Page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUTH JUSTICE COALITION, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> *Defendants*. | Case No. 2:16-cv-07932-VAP-RAO <br><br> **ORDER RE FINAL APPROVAL AND DISMISSAL** <br><br> [Filed concurrently with Notice of Completion of Time Following CAFA Notice and Proposed Judgment] <br><br> **CLASS ACTION** |

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
LAURA D. SMOLOWE (SBN 263012)
laura.smolowe@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

JOSHUA GREEN (SBN 293749)
jgreen@urbanpeaceinstitute.org
THE CONNIE RICE INSTITUTE FOR URBAN PEACE
1910 West Sunset Boulevard
Suite 800
Los Angeles, California 90026
Telephone:   (213) 404-0124
Facsimile:    (213) 402-2843

*Counsel for Plaintiffs*

# ORDER

On June 8, 2021, this Court issued an order granting Plaintiffs' unopposed Motion for Final Approval of Settlement Agreement (Dkt. No. 158) and Motion for Award of Attorneys' Fees and Costs (Dkt. No. 151), but held its order in abeyance pending Defendant City of Los Angeles' ("City") satisfaction of its obligations under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to notify the appropriate officials of states in which class members reside of the settlement of the class action. *See* Order Granting Motion for Final Approval of Class Settlement and Motion for Award of Attorneys' Fees and Costs, Dkt. No. 163, at 14 (issued June 8, 2021).

The Court is now in receipt of declaration from counsel for the City attesting that he mailed CAFA notice to the appropriate officials of states in which class members reside, outside of California, on June 10, 2021. *See* Supplemental Declaration of Scott Marcus in Support of Final Approval of Class Action Settlement, Dkt. No. 164 (filed June 11, 2021). Mr. Marcus had previously served the Attorney General of the United States and the Attorney General for the State of California on December 28, 2020. *See* Declaration of Scott Marcus in Support of Final Approval of Class Action Settlement, Dkt. No. 157, ¶¶ 4-5 (filed April 19, 2021).

Ninety days having elapsed from the service of CAFA notice, and no objection having been received from any Federal or State official, the Court hereby ORDERS that its previous order of June 8, 2021 (Dkt. No. 163), granting the Motion for Final Approval of Class Action Settlement and Motion for Award of Attorneys' Fees and Costs (Dkt. Nos. 151, 158), be given full effect as of the date of this order. The parties are ordered to implement the Settlement Agreement, including the provision awarding attorneys' fees and costs, in accordance with its terms. The action is accordingly DISMISSED WITH PREJUDICE. The Court will retain jurisdiction for the purpose of enforcing the Settlement Agreement and as to

any related matters for a period of three years from the date of the final judgment. *See Kokkonen v. Guardians Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

IT IS SO ORDERED.

Dated: September 14, 2021

                                            Honorable Judge Virginia A. Phillips
                                            United States District Judge