1  PETER BIBRING (SBN 223981)
   pbibring@aclusocal.org
2  MELANIE P. OCHOA (SBN 284342)
   mpochoa@aclusocal.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
4  1313 West Eighth Street
5  Los Angeles, California 90017
   Telephone:  (213) 977-9500
6  Facsimile:   (213) 977-5299

7
   *Counsel for Plaintiffs*
8  (Additional Counsel for Plaintiffs on Following Page)

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| YOUTH JUSTICE COALITION, et al., | Case No. 2:16-cv-07932-VAP-RAO |
|---|---|
| *Plaintiffs,* | **JUDGMENT** |
| vs. | [Filed concurrently with Notice of Completion of Time Following CAFA Notice and Proposed Order] |
| CITY OF LOS ANGELES, et al., | |
| *Defendants.* | **CLASS ACTION** |

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
LAURA D. SMOLOWE (SBN 263012)
laura.smolowe@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

JOSHUA GREEN (SBN 293749)
jgreen@urbanpeaceinstitute.org
THE CONNIE RICE INSTITUTE FOR URBAN PEACE
1910 West Sunset Boulevard
Suite 800
Los Angeles, California 90026
Telephone:  (213) 404-0124
Facsimile:   (213) 402-2843

*Counsel for Plaintiffs*

# JUDGMENT

Pursuant to the Settlement Agreement between Plaintiffs and Defendant City of Los Angeles (the "City"), and Motion for Final Approval of Class Action Settlement and Motion for Award of Attorneys' Fees and Costs (Dkt. Nos. 151, 158) previously granted by this Court (Dkt. No. 163), all claims against the City and all Defendants to this action are DISMISSED with prejudice and JUDGMENT IS ISSUED in favor of Defendants.

As agreed by Plaintiffs and the City in the Settlement Agreement and approved by this Court, this Court will retain jurisdiction over this action for a period of three years from the date of this order for the sole purpose of enforcing the terms of the Settlement Agreement (attached as Exhibit 1 to Dkt. No. 158). *See Kokkonen v. Guardians Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

This case is CLOSED. Any remaining hearings are vacated. The Clerk is directed to CLOSE the file.

It is so ORDERED.

Dated: September 14, 2021

*[signature]*
Honorable Judge Virginia A. Phillips
United States District Judge